IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Harris Jr, Robert | Case Number: 05 B 50872 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 03/24/09 | Filed: 10/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 26, 2009
Confirmed: February 13, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 28,550.00 | |
| Secured: | | 6,180.77 |
| Unsecured: | | 17,482.48 |
| Priority: | | 0.00 |
| Administrative: | | 2,910.00 |
| Trustee Fee: | | 1,537.46 |
| Other Funds: | | 439.29 |
| Totals: | 28,550.00 | 28,550.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,910.00 | 2,910.00 |
| 2. | Illinois Dept of Revenue | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 6,180.77 | 6,180.77 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 28.00 | 280.00 |
| 5. | Sir Finance Corporation | Unsecured | 68.00 | 680.00 |
| 6. | Check N Go | Unsecured | 134.77 | 1,347.74 |
| 7. | World Financial Network Nat'l | Unsecured | 48.31 | 483.11 |
| 8. | Capital One Auto Finance | Unsecured | 552.47 | 5,524.65 |
| 9. | Illinois Dept of Revenue | Unsecured | 35.07 | 350.69 |
| 10. | Brother Loan & Finance | Unsecured | 96.71 | 0.00 |
| 11. | AAFES | Unsecured | 779.40 | 7,794.01 |
| 12. | St Francis Hospital | Unsecured | 102.23 | 1,022.28 |
| 13. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 14. | State of Illinois | Priority | | No Claim Filed |
| 15. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 16. | Alverno Clinical Labs | Unsecured | | No Claim Filed |
| 17. | AMCR Collection | Unsecured | | No Claim Filed |
| 18. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| 19. | City of Country Club Hills | Unsecured | | No Claim Filed |
| 20. | ICS | Unsecured | | No Claim Filed |
| 21. | ICS | Unsecured | | No Claim Filed |
| 22. | Emergency Care Health Organization | Unsecured | | No Claim Filed |
| 23. | St James Federal Credit Union | Unsecured | | No Claim Filed |
| 24. | ICS | Unsecured | | No Claim Filed |
| 25. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 26. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Harris Jr, Robert | Case Number:  05 B 50872 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/24/09 | Filed:  10/12/05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Midland Credit Management | Unsecured | | No Claim Filed |
| 28. | Midland Credit Management | Unsecured | | No Claim Filed |
| 29. | Midwest Physician Group | Unsecured | | No Claim Filed |
| 30. | National Credit Audit Corporat | Unsecured | | No Claim Filed |
| 31. | AAFES | Unsecured | | No Claim Filed |
| 32. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 33. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 34. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 35. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 36. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 37. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 38. | RAI Corp | Unsecured | | No Claim Filed |
| 39. | Professional Fee Financing | Unsecured | | No Claim Filed |
| 40. | Security Credit Systems | Unsecured | | No Claim Filed |
| 41. | US Employees Credit Union | Unsecured | | No Claim Filed |
| 42. | Talbat Hovel & Assoc. | Unsecured | | No Claim Filed |
| 43. | University Of Illinois Hospital | Unsecured | | No Claim Filed |
| 44. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| | | | $ 10,935.73 | $ 26,573.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 349.25 |
| 5% | 129.50 |
| 4.8% | 230.87 |
| 5.4% | 517.95 |
| 6.5% | 307.03 |
| 6.6% | 2.86 |
| | $ 1,537.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: